

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00818-CR

Mark Anthony **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR2731A
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we MODIFY the trial court's judgment to delete the assessment of attorney's fees and AFFIRM the trial court's judgment as MODIFIED.

SIGNED May 6, 2015.

_____
Patricia O. Alvarez, Justice